395 A.2d 959

Anello, Appellant, v. Hahnemann Medical College and Hospital et al.

Argued September 13, 1978. Ira Silverstein, for appellant; Robert M. Britton, for appellee, Matsumoto, M.D.; No appearance entered nor brief submitted for appellee, Hahnemann Medical College and Hospital.

Before PRICE, HESTER and HOFFMAN, JJ.

Order affirmed.